## People of State of Illinois, Defendant in Error, v. John F. Buser, Plaintiff in Error.

Gen. No. 47,112. 

First District, Second Division.

May 21, 1957.

Released for publication June 18, 1957.

 Thaddeus C. Toudor, and Zoe Kuta, for appellant; Benjamin S. Adamowski, State's Attorney for Cook County (L. Louis Karton, and William L. Carlin, Assistant State's Attorneys, of counsel) for defendant in error. Opinion by JUDGE McCORMICK. Not to be published in full.